**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| DOMINIQUE WHITFIELD,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | No. 4:21 CV 258 MTS |
| ) | |
| ASHLEY A. HORBIN, et al.,  ) | |
| ) | |
| Defendants.  ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's unsigned[1] motion to proceed *in forma pauperis* on appeal. Doc. [13]. When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith, s*ee* Docs. [8] and [9]; 28 U.S.C. § 1915(a)(3), and it is not apparent that plaintiff now seeks appellate review of any issue that is not frivolous. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962). As a result, the Court will deny the motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed *in forma pauperis* on appeal, Doc. [13], is **DENIED**.

Dated this 10th day of August, 2021.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE

---

[1] Self-represented plaintiff's motion to proceed *in forma pauperis* on appeal is missing the third page of this form document which contains the signature block. *See* Doc. [13]. However, this motion was docketed on the same date as plaintiff's notice of appeal, which was signed by plaintiff, and these two filings appear to have been mailed to the Court in the same envelope. *See* Doc. [12] at 1. As such, the Court will accept this motion as being filed by plaintiff.